Approved: /s/ Lisa Daniels                ORIGINAL
          LISA DANIELS
          Assistant United States Attorney

Before:   THE HONORABLE ROBERT W. LEHRBURGER
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :   22 Mag. **6621**
                                  :
    - v. -                        :   RULE 5(c)(3)
                                  :   AFFIDAVIT
PEDRO LUIS ARZOLA, JR.,           :
    a/k/a "Nino,"                 :
                                  :
                                  :
          Defendant.              :
                                  :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

WILLIAM GRIMMER, being duly sworn, deposes and says that he is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and charges as follows:

On or about July 27, 2022, the United States District Court for the Middle District of Florida issued a warrant for the arrest of "Pedro Luis Arzola, Jr., a/k/a 'Nino'" on charges of possession of ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). A copy of the warrant is attached hereto as Exhibit A and incorporated by reference herein.

I believe that PEDRO LUIS ARZOLA, JR., the defendant, who was taken into the custody of ATF on August 11, 2022, in the Southern District of New York is the same individual as the "Pedro Luis Arzola, Jr., a/k/a 'Nino'" who is wanted by the United States District Court for the Middle District of Florida.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1.  I am a Special Agent with ATF. This affidavit is based upon my personal participation in this matter, as well as on

1

my conversations with other law enforcement officers and my examination of documents, reports, and records. I have been personally involved in determining whether PEDRO LUIS ARZOLA, JR., the defendant, is the same individual as the "Pedro Luis Arzola, Jr., a/k/a 'Nino'" named in the July 27, 2022 warrant from the United States District Court for the Middle District of Florida. Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part unless otherwise noted.

        2.    Based on my review of documents from proceedings in the United States District Court for the Middle District of Florida, I know that, on or about July 27, 2022, the United States District Court for the Middle District of Florida issued a warrant for the arrest of "Pedro Luis Arzola, Jr., a/k/a 'Nino'" (the "Warrant"). The Warrant was issued on charges of possession of ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

        3.    On August 11, 2022, at approximately 8:11 a.m., I participated in the arrest of PEDRO LUIS ARZOLA, JR., the defendant, in the vicinity of 968 Bronx Park South, in the Bronx, New York.

        4.    Based on my comparison of PEDRO LUIS ARZOLA, JR., the defendant, to a Florida State Department of Motor Vehicles photo of the "Pedro Luis Arzola, Jr., a/k/a 'Nino'" wanted in the Middle District of Florida, I believe they are the same person.

        5.    Following the arrest, I advised the defendant, PEDRO LUIS ARZOLA, JR., of his rights and provided him an ATF form stating in substance and in part that he, "Pedro Arzola," was aware of his rights. The defendant, PEDRO LUIS ARZOLA, JR., signed the form acknowledging the contents therein.

WHEREFORE, I respectfully request that PEDRO LUIS ARZOLA, JR., the defendant, be imprisoned or bailed, as the case may be.

_____
William Grimmer
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me this
11th day of August, 2022

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Copy

| | |
|---|---|
| United States of America<br>v.<br>PEDRO LUIS ARZOLA, JR.<br>a/k/a "Nino"<br><br>*Defendant* | )<br>)<br>) Case No. 8:22-cr-257-VMC-MRM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* PEDRO LUIS ARZOLA, JR. a/k/a "Nino", who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of Ammunition by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Date: JUL 27 2022

*Katrina M. Elliott*
Issuing officer's signature

City and state:   Tampa, Florida   ELIZABETH WARREN, Clerk, United States District Court
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____
Arresting officer's signature

Printed name and title