UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,

-against-

PEDRO ARZOLA,

                        Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-mj-6621**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The conference scheduled for September 9, 2022 at 11:00 AM is ADJOURNED.

SO ORDERED.

DATED:    New York, New York
              September 9, 2022

                                      _Jennifer E. Willis_
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge